# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2186 (ESH) |
| | ) | |
| BARACK H. OBAMA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby **ORDERED** that on or before February 8, 2010, respondents shall file with the Court *ex parte* and under seal a report detailing petitioner's current status. The report shall inform the Court as to whether the Guantanamo Review Task Force, which is operating pursuant to Executive Order No. 13,492, has made any decisions regarding petitioner's disposition. If a decision has not yet been made, the report shall provide an estimated timetable, based on the then-available information, for the decision of the Task Force. Respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes in the information provided in this Order.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2010

1